IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| VANDA PHARMACEUTICALS INC.<br><br>Plaintiff,<br><br>v.<br><br>INVENTIA HEALTHCARE PVT. LTD,<br><br>Defendant. | Civil Action No. 3:15-cv-00059-GMG |

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Clifford Katz, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: July 20, 2015

_____
GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE

6909286