# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Vanda Pharmaceuticals Inc.

**Plaintiff(s),**

v.

Inventia Healthcare Pvt. Ltd.

NO: 3:15-cv-59 (GMG)

**Defendant(s).**

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Jason L. Meizlish, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: July 20, 2015

_____
United States District Judge